# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Troy Warren ,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                                3:10cv272
                                                    3:06cr450-1

USA,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 24, 2010 Order.

                                                      Signed: June 24, 2010

Frank G. Johns, Clerk
United States District Court